# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RODNEY HANDY, JR.,** | |
| **Plaintiff** | |
| v. | **Civil Action No. 17-3107** |
| **CITY OF PHILADELPHIA, et al.** | |
| **Defendants.** | |

## NOTICE OF ENTRY OF APPEARANCE

**TO THE CLERK OF THE COURT:**

Kindly enter the appearance of Meghan E. Claiborne as counsel for the Defendants, the City of Philadelphia, the City of Philadelphia Police Department, Leeloni Palmiero, Sergeant Baldomero, Detective Hagy, Detective Horger, Detective Sullivan and Commissioner Richard Ross, in the above entitled matter.

/s/ *Meghan E. Claiborne*

Meghan E. Claiborne
Assistant City Solicitor

Date: September 27, 2017

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RODNEY HANDY, JR.,** : | |
| **Plaintiff** : | |
| v. : | **Civil Action** |
| : | **No. 17-3107** |
| **CITY OF PHILADELPHIA, et al.** : | |
| **Defendants.** : | |

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, the foregoing Notice of Entry of Appearance was filed via the Court's electronic filing system and is available for downloading.

Date: September 27, 2017        /s/ *Meghan E. Claiborne*

                                          Meghan E. Claiborne
                                          Assistant City Solicitor