IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RODNEY HANDY, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 17-3107 |
| | : | |
| LEELONI PALMIERO, et al. | : | |

**<u>AMENDED SCHEDULING ORDER</u>**

AND NOW, this 4th day of January, 2019, upon consideration of Plaintiff's unopposed letter request for an extension of the deadlines, it is ORDERED the schedule in the above-captioned matter is AMENDED as follows:

- Discovery deadline is April 26, 2019;

- Plaintiff's expert report is due May 10, 2019;

- Defendant's expert report is due May 17, 2019;[1]

- Dispositive motions are due May 24, 2019;

- Responses to dispositive motions are due June 10, 2019;

- A teleconference to discuss settlement shall take place on June 17, 2019, at 11:00 a.m. Counsel for Plaintiff is to initiate the call;

- Motions in limine are due June 24, 2019;

- Responses to motions in limine are due July 3, 2019;

- Plaintiff's pre-trial memorandum is due July 3, 2019;

- Defendant's pre-trial memorandum is due July 3, 2019;

- Joint requested points for charge, joint proposed verdict slip, and voir dire questions, as explained in the Honorable Juan R. Sánchez's on-line procedures, are due July 3, 2019;

- Final pre-trial conference shall be held on July 8, 2019, at 10:00 a.m. in Courtroom 11A;

---

[1] Any deposition of an expert pursuant to Federal Rule of Civil Procedure 26(b)(4)(A) must be conducted before the deadline for submission of dispositive motions.

- Joint exhibit binder is to be submitted to chambers no later than 4:30 p.m. the day prior to trial;

- This matter is in the July 15, 2019 trial pool.

- Counsel are referred to Judge Sánchez's operating procedures for further information: http://www.paed.uscourts.gov/documents/procedures/sanpol.pdf.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.